The Honorable Christopher M. Alston
Chapter 12
Hearing Date: July 21, 2017
Hearing Time: 9:30 a.m.
Place: Seattle
Response Due: July 14, 2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>PALMER PEDERSEN FISHERIES INC,<br><br>Debtor. | No. 13-21028<br><br>CHAPTER 12 TRUSTEE'S MOTION FOR SALE OF 14,327 QUOTA SHARE UNITS OF SABLEFISH, AREA WY, B CLASS, BLOCKED FREE AND CLEAR OF LIENS |

COMES NOW the Chapter 12 Trustee, Virginia A. Burdette, and moves the Court for an order permitting the sale of personal property free and clear of liens, pursuant to 11 U.S.C. § 363(b)(1), 11 U.S.C. § 701 and 11 U.S.C. § 105. The Trustee seeks approval of the sale of "14,327 Quota Share Units of Sablefish, Area WY, B Class, blocked" to Purchaser Jim Bodding for $26 per pound. The Trustee listed the property for sale via Dock Street Brokers and Mr. Bodding's offer is the only and best offer received to date. The Trustee also seeks authority to pay Dock Street Brokers a commission of $1,000.00 from the proceeds of the sale at the time of closing, with the balance to the estate in the approximate net of $20,476.00 to be held by the trustee until further order of the Court.

To the best of the trustee's knowledge, she believes that this asset is unencumbered; that said, said sale to Purchaser Jim Bodding will be free and clear of liens and interests, and said liens and interests to attach to the proceeds of the sale as through those proceeds were the property. In addition, the Trustee requests a waiver of the 14-day stay of Rule 6004(h) because the sale contemplates prompt closing.

DATED this 26th day of June, 2017.

*/s/ Virginia A. Burdette*
Virginia A. Burdette, WSBA #17921
Chapter 12 Trustee

CHAPTER 12 TRUSTEE'S MOTION FOR SALE OF 14,327 QUOTA SHARE UNITS OF SABLEFISH, AREA WY, B CLASS, BLOCKED FREE AND CLEAR OF LIENS - 1

ANDREWS ◆ BURDETTE
5506 6TH Ave. S., Ste. 207
Seattle, WA 98108
Telephone: (206) 441-0203
Facsimile: (206) 624-2631

Case 13-21028-CMA    Doc 195    Filed 06/26/17    Ent. 06/26/17 14:36:51    Pg. 1 of 1